UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Richmond, Virginia

| | |
|---|---|
| SEWELL COAL COMPANY, | |
| Petitioner, | |
| v. | |
| BARBARA M. DEMPSEY, | FOURTH CIR. NO. 14-1401 |
| Respondent, | |
| and | |
| DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, | |
| Party-in-Interest. | |

**RESPONDENT'S APPLICATION FOR ATTORNEYS' FEES and COSTS**

*Relief Sought*

Respondent, William O. Dempsey by Barbara M. Dempsey, moves this

Court to enter an order awarding attorneys' fees and costs totaling $17,368.86 to

her counsel, Renae R. Patrick, Timothy C. MacDonnell, and Daniel K. Evans

(Washington & Lee Black Lung Legal Clinic) for all work in representing her

before this Court.

*Grounds for Motion*

On May 30, 2003, Administrative Law Judge Daniel L. Leland awarded benefits to Respondent, William O. Dempsey.  The Petitioner, Sewell Coal Company, appealed the award of benefits to the Benefits Review Board, and on June 28, 2004, the Benefits Review Board issued a decision remanding the case to the Office of Administrative Law Judges.  On March 23, 2005, Judge Leland again awarded benefits to Respondent on remand.  Petitioner again appealed to the Benefits Review Board, and on March 31, 2006, the Benefits Review Board again affirmed Judge Leland's award of benefits.

Petitioner appealed this claim to the Fourth Circuit Court of Appeals, and oral argument was held before the Court on January 29, 2008.  The Court of Appeals remanded the claim to the Office of Administrative Law Judges on April 22, 2008.  On October 23, 2008, Judge Leland awarded benefits to Respondent on the second remand.  Petitioner again appealed the award to the Benefits Review Board, and on November 25, 2009, the Board once again awarded.

Petitioner appealed this claim for a second time to the Fourth Circuit Court of Appeals, and oral argument was held before this Court on March 25, 2011.  On May 19, 2011, the Court of Appeals issued a decision remanding the claim to the Office of Administrative Law Judges.  Administrative Law Judge Michael P.

Lesniak issued a decision and order awarding benefits to Respondent on the third remand on November 28, 2012. Petitioner again appealed the award to the Benefits Review Board. On February 28, 2014, the Benefits Review Board affirmed the award of benefits on remand.

Petitioner appealed this claim for a third time to the Fourth Circuit Court of Appeals. On October 15, 2014, Petitioner filed with the Court a Motion to Dismiss Appeal. The Court granted the motion on October 27, 2014.

As the prevailing party, counsel for Respondent now seeks an award of attorneys' fees and costs reasonably expended on this case for the period from May 22, 2006, through September 10, 2014.

This application comes before this Court pursuant to Local Rule of Appellate Procedure 46(e) which allows a party to seek attorney's fees when authorized by statute. *See* 4TH CIR. R. APP. PRO. 46(e). Rule 46(e) specifies that when seeking attorneys' fees, a party's application "must include a reference to the statutory basis for the request and a detailed itemization of the amounts requested." *Id*.

This application for attorneys' fees arises pursuant to Section 28 of the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. § 928, as incorporated into the Black Lung Benefits Act at Section 422(a), 30 U.S.C. §

932(a).  Section 28 directs the Court to award fees to the claimant's attorney where

the claimant has been successful in obtaining an award of benefits.  Section 28

states in part:

> If the employer or carrier declines to pay any compensation on or
> before the thirtieth day after receiving written notice of a claim for
> compensation having been filed from the deputy commissioner, on the
> ground that there is no liability for compensation within the
> provisions of this Act, and the person seeking benefits shall thereafter
> have utilized the services of an attorney at law in the successful
> prosecution of his claim, there shall be awarded, in addition to the
> award of compensation, in a compensation order, a reasonable
> attorney's fee against the employer or carrier in an amount approved
> by the deputy commissioner, Board, or court, as the case may be,
> which shall be paid directly by the employer or carrier to the attorney
> for the claimant in a lump sum after the compensation order becomes
> final.

33 U.S.C.S. § 928 (a).  The regulations enacting the Black Lung Benefits Act echo

this statutory direction for awarding attorneys' fees upon the successful

prosecution of a black lung claim.  The applicable regulations are contained in 20

C.F.R. §§ 725.365 and 725.366. Section 725.366(b) states in part:

> Any fee . . . shall be reasonably commensurate with the necessary
> work done and shall take into account the quality of the
> representation, the qualifications of the representative, the complexity
> of the legal issues involved, the level of proceedings to which the
> claim was raised, the level at which the representative entered the
> proceedings, and any other information which may be relevant to the
> amount of the fee requested.

20 C.F.R. § 725.366 (b). Both the program-specific regulations and the federal statute authorize this Court to grant attorneys' fees in this case.

In support of this motion for attorneys' fees, Petitioner also states the following:

1. Renae R. Patrick has practiced law in Virginia since 1981. She was a Visiting Assistant Clinical Professor and Supervising Attorney in the Washington and Lee Black Lung Legal Clinic from June, 2006 to July, 2008.

2. Timothy C. MacDonnell has been practicing law since 1994 and is admitted to the Massachusetts, Virginia and federal bars. He is an Associate Clinical Professor and the Director of the Black Lung Legal Clinic at Washington and Lee University School of Law.

3. Daniel K. Evans has been practicing law since 1985 and is admitted to the Virginia bar. He is an Adjunct Clinical Professor at Washington and Lee University School of Law.

4. The only fee generating cases in the Clinic are black lung cases; there are no other contingent or non-contingent fee generating cases. The customary billing rate for the Clinic's attorneys is $220 per hour. The rate is based on the substantial legal experience and credentials of the attorneys in the Clinic. The Clinic's attorneys are professors at Washington & Lee University School of Law, one of the foremost law schools in the country. The rate of $220 per hour is substantially below the average and median rates for equity partners nationally (attached). No other attorneys in this locality represent claimants in black lung cases, which is why the Clinic began accepting these cases in August, 1996. Other black lung practitioners have been awarded fees in the range of $220 per hour for their services: Sandy Fogel, Carbondale, Illinois at $200 per hour in *Amax Coal Co. v. Director, OWCP*, Case No. 01-4226, Tom Johnson, Chicago, Illinois, at $215 per hour in *Cornet v. Consol, Inc.*, Case No. 2001-BLA-334, Robert Cohen, Morgantown, West Virginia, at $225 per hour in *Swiger v.*

*Consolidated Coal Co.*, Case Nos. 02-0618 BLA, and 02-0618 BLA-A.

5.      The Clinic has been awarded $220 per hour by the Office of Administrative Law Judges and Benefits Review Board in the instant case, and by the Fourth Circuit Court of Appeals in *Island Creek Coal Co. v. DeWitt*, No. 08-1818; *Carson v. Westmoreland Coal. Co.*, No. 09-1182; *Williams Mountain Coal Co. v. Compton*, No. 08-1789; and *Kanawha Coal Co. v. Kuhn*, No. 12-2566.

6.      Respondent's attorneys claim a total of $17,368.86 for fees and costs before this court for the period of May 22, 2006, through April 22, 2008 ($5,284.42); April 21, 2010 through March 25, 2011 ($2,591.44); and July 22, 2014 through September 10, 2014 ($9,493.00).   A specific itemization of Counsel's time and expenses accompanies this motion.

7.      Pursuant to Local Rule of Appellate Procedure 27(a), Respondent has informed counsel for the Petitioner of Respondent's filing for attorney's fees.  Counsel for the Petitioner does not object to the filing of the application, but takes no position regarding the merits of the attorney fee petition until she has an opportunity to review it.  Counsel for the Director does not object to the filing of the application. *See* 4TH CIR. R. APP. PRO. 27(a).

Respectfully submitted,

/s/ Timothy C. MacDonnell

_____
TIMOTHY C. MACDONNELL
Counsel for Respondent
Black Lung Legal Clinic, Room 106
Washington and Lee University School of Law
Lexington, Virginia 24450
540/458-8562

6

# <u>ATTACHMENTS</u>

**Exhibit A:  Itemization of Fees and Costs**

**Exhibit B:  Resumes of Renae R. Patrick, Timothy C. MacDonnell, and Daniel K. Evans**

**Exhibit C:  The Executive Summary of the 2007 Survey of Law Firm Economics, by Altman Weil**

# ITEMIZED STATEMENT

*Sewell Coal Co. v. Barbara M. Dempsey*
Case No. 06-1592

RENAE R. PATRICK

Professional Legal Services

| **Date** | **Hours** | **Service Provided** |
|---|---|---|
| 5/22/06 | 0.1 | Receive and review Petitioner's Notice of Appeal to the Fourth Circuit Court of Appeals. |
| 5/30/06 | 0.1 | Receive and review Petitioner's Motion to Hold Claim in Abeyance. |
| 6/5/06 | 0.1 | Receive and review Petitioner's Docketing Statement. |
| 3/16/07 | 0.1 | Receive and review briefing order. |
| 4/11/07 | 0.1 | Receive and review order granting Petitioner's motion for extension. |
| 5/8/07 | 0.5 | Receive draft Joint Appendix from Petitioner; review file for Joint Appendix. |
| 5/29/07 | 1.5 | Review Petitioner's Petition for Review and Joint Appendix; break down Petitioner's assignments of error into categories for research. |
| 6/11/07 | 2.5 | Review file, research administrative law judge's duty of explanation; review draft Statement of Facts and Procedural history. |
| 6/19/07 | 0.2 | Review and revise Respondent's motion for extension. |
| 6/20/07 | 0.1 | Receive and review Court order granting Respondent's motion. |
| 6/29/07 | 5.0 | Review case and regulatory authority; edit draft of Statement of Facts, research and draft arguments on appropriate weight accorded to expert's opinions; correct analysis applied to onset date, and total disability. |
| 7/9/07 | 1.0 | Finalize Response Brief; forward to Lantagne to print and serve copies on all parties. |
| 11/9/07 | 0.1 | Review Notice of Oral Argument; complete and mail Oral Argument Notification form. |

EXHIBIT A

**ITEMIZED STATEMENT**

*Sewell Coal Co. v. Barbara M. Dempsey*
Case No.  06-1592

RENAE R. PATRICK

Professional Legal Services

| **Date** | **Hours** | **Service Provided** |
|---|---|---|
| 1/21/08 | 2.0 | Bench for oral argument. |
| 1/25/08 | 1.0 | Bench for oral argument. |
| 1/28/08 | 2.5 | Travel to Richmond for Oral Argument. |
| 1/29/08 | 3.0 | Attend Oral Argument; return to Lexington. |
| 4/22/08 | 0.1 | Receive and review Court decision and order remanding case to Office of Administrative Law Judges. |

**Total: 20 hours @ $220.00 per hour = $4,400.00**

**COSTS:**

Lantagne Legal Printing (Costs for printing/service of
        Respondent's Response Brief, 7/11/07) = $447.40
Travel and Hotel expenses for 1/29/08 for Oral Argument
        *Mileage*: 274 miles @ .375¢  per mile = $102.75
        (Round-trip from Lexington to Richmond, VA)
        *Hotel Expenses/Parking*: $334.27
        (*See Attached Statements*)

**Total Costs:  $884.42**

| | |
|---|---|
| **HOURS:** | **$4,400.00** |
| **COSTS:** | **+ 884.42** |
| **TOTAL FEES:** | **$5,284.42** |

**ITEMIZED STATEMENT**

*Sewell Coal Co. v. Barbara M. Dempsey*
Case No. 10-1068

TIMOTHY C. MACDONNELL

Professional Legal Services

| **Date** | **Hours** | **Service Provided** |
|----------|-----------|----------------------|
| 4/21/10 | .75 | Review and revise Respondent's Brief. |
| 4/27/10 | 2.25 | Review and revise Respondent's Brief. |
| 4/29/10 | 0.5 | Review and revise final Respondent's Brief. |
| 2/15/11 | 1.5 | Bench for oral argument. |
| 2/16/11 | 1.5 | Bench for oral argument. |
| 2/24/11 | 2.0 | Bench for oral argument. |
| 3/21/11 | 1.5 | Bench for oral argument. |
| 3/24/11 | 1.0 | Bench for oral argument. |
| 3/25/11 | 0.5 | Oral Argument. |

**Total: 11.5 hours @ $220.00 per hour = $2,530.00**

**COSTS:**

Costs for printing Respondent's Brief, 4/29/10
        (128 pages times 8 copies @ $.06 per page = $61.44)

| | |
|---|---|
| **HOURS:** | **$2,530.00** |
| **COSTS:** | **+  61.44** |
| **TOTAL FEES:** | **$2,591.44** |

**ITEMIZED STATEMENT**

*Sewell Coal Co. v. Barbara M. Dempsey*
Case No. 14-1401

TIMOTHY C. MACDONNELL, DANIEL K. EVANS

Professional Legal Services

| <u>Date</u> | <u>Attorney</u> | <u>Hours</u> | <u>Service Provided</u> |
|---|---|---|---|
| 7/22/14 | DKE | 3.0 | Review and comment on statement of case and statement of facts portion of draft Appellate Brief. |
| 7/25/14 | DKE | 2.0 | Review and revise statement of case and statement of facts portion of draft Appellate Brief. |
| 7/26/14 | DKE | 1.75 | Review and comment on statement of case and statement of facts portion of draft Appellate Brief. |
| 8/5/14 | DKE | 0.5 | Conversation with DOL attorney re: request for extension to file DOL brief; review and finalize Respondent's Motion for Extension of Time; review and finalize Motion for Substitution of Party. |
| 8/15/14 | DKE | 4.25 | Draft and revise Appellate Brief. |
| 8/16/14 | DKE | 3.0 | Draft and revise Appellate Brief. |
| 8/17/14 | DKE | 6.25 | Draft and revise Appellate Brief. |
| 8/24/14 | DKE | 6.0 | Draft and revise Appellate Brief. |
| 8/25/14 | DKE | 6.25 | Draft and revise Appellate Brief. |
| 8/26/14 | DKE | 7.25 | Revise Appellate Brief, conversation with Tim MacDonnell, re: revisions to brief. |
| 9/7/14 | TCM | 1.0 | Review first 26 pages of response brief. |
| 9/9/14 | TCM | 1.2 | Review and revise response brief page 28 to the end with proposed changes. |
| 9/10/14 | TCM | 0.7 | Review, revise and finalize response brief. |

**Total hours: 43.15 @ $220 = $9,493.00**

# LANTAGNE LEGAL PRINTING

Post Office Box 2472
Richmond, VA 23218-2472
(804) 644-0477   (800) 847-0477
Tax ID Number 54-1629032

**Bill To:**

Renae Reed Patrick, Esquire
WASHINGTON AND LEE UNIVERSITY
Legal Clinic, Room 106
School of Law, Lewis Hall
Lexington, VA  24450

## Invoice

Invoice Date: 7/11/2007

Invoice #: **71026**

Due Date: 8/10/2007

Discount: 3%  - 30 days

| Description | Amount |
|---|---|
| 14  Copies of Brief of Respondent William Dempsey (76 pages) | 447.40T |

WE ACCEPT
VISA, MC & AM.EX.
VIA TELEPHONE

Filed 7/10/07
US Court of Appeals for the 4th Circuit

| | MEMO | | NET AMOUNT |
|---|---|---|---|
| Wm. Dempsey | | 7  26 | 447.40 |

*Pd. 8/3/07*

| | | | |
|---|---|---|---|
| 1553151   Lantagne Legal Printing | | 08 03 07   0645295 | 447.40 |


# OMNI ❀ HOTELS®

OMNI RICHMOND HOTEL
100 SOUTH 12 STREET
RICHMOND        VA    23219
**Tele**- 804-344-7000    **Fax**- 804-648-6704

PATRICK, RENAE

1 LEWIS HALL
LEXINGTON        VA    24450

| | | Room Number: | 305 |
|---|---|---|---|
| | | Daily Rate: | 279 |
| | | Room Type: | KS |
| | | No. of Guests: | 1 / 0 |

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|---|
| 1/28/2008 | 1/29/2008 | | | WEBSPC | BAR | 12200733540 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 1/28/2008 | 305 | VALET PARKING | VALET PARKING - 1 CAR-$19 | $19.00 |
| 1/28/2008 | 305 | ROOM CHARGE | #305 PATRICK, RENAE | $279.00 |
| 1/28/2008 | 305 | OCCUPANCY TAX 8% | OCCUPANCY TAX 8% | $22.32 |
| 1/28/2008 | 305 | SALES TAX 5% | SALES TAX 5% | $13.95 |
| 1/29/2008 | 305 | VISA | VISA | ($334.27) |

**TOTAL DUE:**        $0.00

ASH   3-6563

| Invoice | Washington and Lee University<br>School of Law, Lewis Hall<br>Lexington, VA 24450-0303<br>540-458-8500  Fax: 540-458-8488 |
|---|---|
| April 29, 2010 | |

| To: | Sheryl Salm<br>Legal Clinic | |
|---|---|---|

| QTY. | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 8 | Fourth Circuit Brief of Respondent | 1,024 total pp. (128 pages per brief) @ $.06 per page | $61.44 |
| | | **SUBTOTAL** | $61.44 |
| | | **SALES TAX RATE %** | 0.00 |
| | | **SALES TAX** | |
| | | **SHIPPING & HANDLING** | |
| | | **TOTAL DUE** | **$61.44** |

# RENAE REED PATRICK

124 Houston Street
Lexington, Virginia 24450
540-463-3466 (home)
540-460-7919 (cell)
540-458-8224 (office)

## EDUCATION

**J.D.** The College of William and Mary
**B.A.** University of Colorado (Spanish and Political Science)
**A.A.** Potomac State College (Modern Languages)

## PROFESSIONAL

**Visiting Assistant Clinical Professor,** Washington and Lee University School of Law June 2006 to present
**Special Counsel,** Division of Child Support Enforcement, Lynchburg, Virginia September 2005 to June 2006
**Managing Attorney**, Virginia Legal Aid Society, Inc., Lynchburg, Virginia January 1996 to September 2005
**Staff Attorney**, Legal Aid Society of Roanoke Valley, Lexington, Virginia July 1992 to December 1995
**Staff Attorney**, Legal Services of Northern Virginia, Manassas, Virginia July 1991 to June 1992
**Associate**, Law Office of Richard G. Pointsett, Hampton, Virginia August 1989 to June 1991
**Substitute Judge**, General and Juvenile and Domestic Relations District Courts,
          23rd Judicial District      September 1987 to June 1989
**Staff Attorney**, Legal Aid Society of Roanoke Valley, Roanoke, Virginia June 1984 to June 1989
          Co-Counsel - *Wright v. CRRHA*, 479 U.S. 418 (1987)
**Staff Attorney**, Legal Aid Society of the New River Valley, Christiansburg, Virginia  May 1982 to June 1984
**Private Practice and Researcher** for private practitioner August 1981 to May 1982

## ORGANIZATIONS

Virginia State Bar, 1981 to present
          Rehabilitative Alimony Legislative Study Committee, 1995 to 1997
          Bench-Bar Relations Committee, 1996 to 2002
          Special Committee on Access to Legal Services, 2002 to present; Chair 2007 to present
          Legal Aid Attorney of the Year Award recipient 2003
Virginia Women Attorneys Association
          President, 2001-2002; Secretary, 1997 to 1999; Board of Directors 1993 to present
          Judicial candidate interviewing panel, 2007; Editor of *Lex Claudia*, 2007
Virginia Trial Lawyers Association, 1996 to present
Lynchburg Bar Association, 1996 to 2006; Board of Directors 2002 to 2006
Lynchburg J/DR Court – Guiding Coalition, 2001- 2005
Lexington/Rockbridge Bar Association, 1992 to 1995 and 2006 to present
          Organized 1st Bench-Bar Conference, 1995
Prince William County Bar Association, 1991 to 1992
Hampton Bar Association, 1989 to 199;  Representative to PLAC Board of Directors
Peninsula Legal Aid Society, Board of Directors, 1989 to 1991
Roanoke City Bar Association, 1984 to 1989; Law Day Committee 1989
          CASA, Committee Member and Trainer – Roanoke City J/DR Court, 1987 to 1989
          Circuit Court/Roanoke Bar Association Ad Hoc Domestic Relations Committee, 1987 to 1988
Virginia Poverty Law Center, Board of Directors, 1989 to 1991; Chair, Board of Directors, January-June 1991
YWCA of Central Virginia, Board of Directors, 1997-2000
New Vistas School, Board of Directors, 1997-2000
Housing and Homeless Coalition (Lynchburg area), member 1999 to 2005
Supervisor- Lynchburg College Interns, 2000-2001 (inner-city wills project); 2002-2003 (Guardianship and
          Conservatorship Study); Washington and Lee School of Law interns - 1999 to 2005 (2 each semester,
          1 day per week); Appalachian School of Law intern – Summer 2004 and 2005
Adjunct Professor – Central Virginia Community College – Family Law Paralegal Course - 1999

## PUBLICATIONS AND CLE

Lecturer and Critiquer:  Basic Trial Advocacy - Virginia Poverty Law Center, 1997; 2000
Lecturer: Family Law for the Pro Bono Attorney - Virginia State Bar CLE, Northern Virginia Area, May 1992
Lecturer: Annual Statewide Legal Aid Conferences, 1985 to 1988; 1993; 2004
          Equitable Distribution; Landlord/Tenant Law; Custody Trials; Domestic Relations Law for Paralegals
Lecturer: Fundamentals of Family Law    Virginia State Bar CLE, Roanoke area, July 1988
Procedure Section Co-Author, "Domestic Relations Practice and Procedure in the Twenty-Third Circuit", 1988
"Honor thy Father and Mother: Paying the Medical Bills of Elderly Parents" 19 U. Rich. L. Rev. 69, 1984
          (Medicaid and Virginia's relative responsibility law)
Co-Author, "Families in Crisis" booklet, 1999, 2003 - Advice to abused spouses on legal and personal matters.

EXHIBIT B

TIMOTHY C. MACDONNELL • P.O. Box 624, Keswick, Virginia 22947 • (434) 293-6840

---

## LEGAL EXPERIENCE

---

**ASSOCIATE CLINICAL PROFESSOR OF LAW**                                              **2008-present**
WASHINGTON AND LEE UNIVERSITY SCHOOL OF LAW, Lexington, VA
I am currently the Director of the Black Lung Legal Clinic at Washington and Lee University School of Law. The Black Lung Legal Clinic assists coal miners and their survivors who are pursuing federal black lung benefits for the years the miners worked breathing in coal mine dust, making a living to support their families. In trying to collect benefits, miners face formidable teams of lawyers, paralegals and doctors that coal companies assemble to challenge those claims. Additional teaching at Washington and Lee has included lecture courses in criminal law, evidence and litigation skills. I have also co-taught the transnational tribunals practicum. In the practicum students assist practicing international defense lawyers by drafting legal memoranda and briefs in cases before the ICTY, ICTR, and the Special Tribunals for Lebanon and Cambodia. Finally, I taught the Rule of Law in Iraq Practicum. This practicum focused on reestablishing the rule of law in Iraq. Students in the practicum studied, researched, and wrote legal memoranda dealing with the rule of law in Iraq. This product was provided to the United States Embassy's Rule of Law section and the Iraq Rusafa Defense Clinic. The Rusafa Defense Clinic represented Iraqi criminal defendants being tried in criminal court.

**ATTORNEY ADVISOR**                                              **2007-2008**
REGIME CRIMES LIAISON OFFICE, DEPARTMENT OF STATE, Baghdad, Iraq
I served as an attorney advisor to the Iraqi High Tribunal. The Iraqi High Tribunal is responsible for investigating, and when necessary, trying former members of the Hussein Regime for crimes of genocide, crimes against humanity, and war crimes. In this position I provided advice and training on international criminal law to the appellate and trial chamber judges of the Iraqi High Tribunal. Also, I advised prosecutors and investigators on the gathering and presenting evidence and the elements of atrocity crimes.

**OPERATIONS AND TRAINING BRANCH**                                              **2005-2007**
OFFICE OF THE JUDGE ADVOCATE GENERAL, CRIMINAL LAW DIVISION, Arlington and Charlottesville, VA
I served as an action officer in the Operations and Training Division of the Office of the Judge Advocate General, Criminal Law Division. I provided advice to military legal offices Army-wide regarding the prosecution of criminal cases involving classified information. Additionally, I conducted research and provided recommendations to the Chief of the Criminal Law Division and the Judge Advocate General for the Army on Army-wide criminal law policy matters.

**DEPUTY CHIEF**                                              **2002-2005**
U.S. ARMY TRIAL COUNSEL ASSISTANCE PROGRAM, Arlington, VA
I served as the Deputy Chief of the Trial Counsel Assistance Program. In this position I supervised three attorneys and support staff in providing advice, training, and trial support to prosecutors Army-wide. In addition to instructing prosecutors Army-wide, I taught the legal component of the United States Army Forensic Psychiatry Fellowship program and co-taught Army emergency room doctors in effective expert testimony in child sexual abuse prosecutions. I also assisted in prosecuting high profile courts-martial involving charges of murder, attempting to aid the enemy, child sexual abuse, child pornography, arson, and obstruction of justice.

**ASSOCIATE PROFESSOR OF LAW**                                              **1999–2002**
U.S. ARMY JAG SCHOOL, Charlottesville, VA
I taught criminal law at the Army Judge Advocate General's School. Subjects I taught include: self-incrimination, the law of arguments, post-trial and appellate procedures, government pretrial preparation, victim witness issues, trial advocacy, and military commissions. Students at the Judge Advocate General's School include judge advocates from all the military services; civilian attorneys working for the United States government; senior officers of the Army and Marine Corps; Congressional Liaison Officers; and students from the University of Virginia School of Law.

**CHIEF, CRIMINAL LAW DIVISION**                                              **1996-1998**
OFFICE OF THE STAFF JUDGE ADVOCATE, Fort Eustis, VA
I served as senior prosecutor for three military installations. As the Chief of Criminal Law, I supervised two attorneys and four support personnel providing criminal law advice and prosecution support to installations that included approximately 10,000 soldiers. I prosecuted over 20 courts-martial including cases of rape, child sexual assaults, and

drug distribution. I advised military law enforcement personnel and commanders on all issues relating to criminal law including search and seizure, self-incrimination, and crimes and defenses.

### SPECIAL ASSISTANT U.S. ATTORNEY                                                    1997-1998
UNITED STATES ATTORNEY'S OFFICE, EASTERN DISTRICT OF VIRGINIA, Norfolk, VA
As a Special Assistant United States Attorney I was placed on an appointment to Department of Justice to prosecute crimes committed by civilians on the military installation. I prosecuted hundreds of misdemeanor offenses in federal magistrate court; represented the government before grand juries, detention hearings, and felony guilty pleas; and collaborated on a successful government brief for the Fourth Circuit Court of Appeals. I was the principal advisor to military police department and FBI agency on issues relating to civilian misconduct on Fort Eustis or Fort Story, VA.

### CHIEF, ADMINISTRATIVE LAW DIVISION                                                 1995-1996
OFFICE OF THE STAFF JUDGE ADVOCATE, Fort Eustis, VA
I headed the Administrative Law Section for the Fort Eustis Staff Judge Advocate Office. I supervised three civilian attorneys who specialized in environmental law, contract law, and labor law. Also, I performed the duties of military magistrate to include issuing search authorizations and conducting detention hearings. Finally, I acted as legal advisor to Article 32 investigating officers (military equivalent to a grand jury).

### TRIAL COUNSEL                                                                      1994-1995
OFFICE OF THE STAFF JUDGE ADVOCATE, SECOND INFANTRY DIVISION, Camp Stanley, Republic of Korea
I was the senior criminal prosecutor for an Aviation Brigade (3,000 troops) in the Republic of Korea. As a trial counsel I supervised seven enlisted soldiers and prosecuted over 20 courts-martial, including cases of rape, aggravated assault, drug use, larcenies over $50,000.

## PUBLICATIONS

- *Florida v. Jardines: The Wolf at the Castle Door*, 7 NYU J. L. & LIBERTY 1, (2012).

- *Prosecuting in the Military, The Prosecutor in Transnational Perspective* (OXFORD UNIVERSITY PRESS, Erik Luna & Marianne Wade, eds.) 2012.

- *Orwellian Ramifications: The Contraband Exception to the Fourth Amendment,* 41 U. MEM L. REV. 299 (2010).

- *Tending the Garden, A Post-Trial Primer for Chiefs of Criminal Law*, ARMY LAWYER (October 2007).

- *Military Commissions and Courts-Martial: A Brief Discussion of the Constitutional and Jurisdictional Distinctions Between the Two Courts*, ARMY LAWYER (March 2002).

- *Case Note: United States v. Bauerbach: Has the Army Court of Criminal Appeals Put "Collazo Relief" Beyond Review?* 169 MILITARY LAW REVIEW 154 (2001).

- *The Miranda Paradox, and Other Recent Developments in the Law of Self-Incrimination*, ARMY LAWYER (May 2001).

- *The Journey is the Gift: Recent Developments in the Post-Trial Process*, ARMY LAWYER (May 2001).

- *United States v. Collazo: The Army Court of Criminal Appeals Puts Steel on the Target of Post-Trial Delay*, ARMY LAWYER (November 2000).

- *New Developments in Sentencing: A Year of Fine Tuning*, ARMY LAWYER (May 2000).

- *Developments in Post-Trial: Once More Unto the Breach, Dear Friends, Once More*, ARMY LAWYER (May 2000).

- *It is Not Just What You Ask, But How You Ask It: The Art of Building Rapport During Witness Interviews*, ARMY LAWYER (August 1999).

- *Book Review: In the Hands of Providence*, 161 MILITARY LAW REVIEW 237 (1999).

## EDUCATION

**UNIVERSITY OF VIRGINIA SCHOOL OF LAW,** Charlottesville, Virginia
Master of Laws, May 2007

**U.S. ARMY JUDGE ADVOCATE GENERAL'S SCHOOL,** Charlottesville, Virginia
Master of Laws, 1999

**SUFFOLK UNIVERSITY LAW SCHOOL,** Boston, Massachusetts
Juris Doctor, *cum laude,* 1994
Top 10% of Class

**UNIVERSITY OF MASSACHUSETTS,** Amherst, Massachusetts
Bachelor of Arts, History, *cum laude,* 1987
Distinguished Military Graduate

# Daniel K. Evans

22 Seaman's Circle
Buena Vista, VA 24416
(540) 261-1074
devans@rockbridge.net

## *EDUCATION*

Tennessee Wesleyan College        Athens, TN        1978 - 1982
       Graduated ***magna cum laude*** in 1982 with Bachelor of Arts in History
         and Bachelor of Science in Accounting

Washington & Lee University School of Law   Lexington, VA     1982 – 1985
       Graduated in 1985 with Juris Doctorate

## *LEGAL EXPERIENCE*

Wildman, Harrold, Allen, Dixon & McDonnell (Memphis, TN)
       Associate
       August 1985 – December 1988
       Responsibilities: Wide variety of cases primarily involving civil litigation
         arising out of white collar criminal matters (e.g. recovering
         insurance funds for banks who have suffered losses as a result of
         a bank employee's embezzlement).

Wolff Ardis (Memphis, TN)
       Associate and Partner
       January 1989 – December 2001
       Responsibilities: Wide variety of cases primarily involving civil litigation
         arising out of white collar criminal matters, securities fraud
         litigation and civil litigation against automobile manufacturers for
         their liability for manufacturing vehicles which contributed to or
         enhanced the injuries suffered by the occupants during an
         accident.

Law Office of Daniel K. Evans (Lexington, VA)
       Sole Attorney
       March 2002 – August 2006
       Responsibilities: Wide variety of cases including criminal, traffic, civil
         litigation and transactional work.

### *EXPERIENCE IN HIGHER EDUCATION*
Washington & Lee School of Law
> 2009-current
> > Adjunct Professor – teach a small section of legal skills immersion class; will teach a Securities Litigation Practicum in the Spring 2011; taught Introduction to US Law class to LLM students in Fall 2009

James Madison University
> 2009-current
> > Adjunct Professor –teach two sections of Comparative Justice class focused on comparing legal systems used throughout the world and what constitutes justice in various legal, social and political situations

### *TEACHING LICENSE*
> Virginia License Number: PGP-0622228
> Effective July 1, 2007 to June 30, 2012
> Endorsed in Middle Ed. 6-8 History/Social Studies
> > Middle Ed. 6-8 Mathematics

### *EXPERIENCE IN TEACHING*
Maury River Middle School
> August 2006—June 2009
> Math Teacher—6th and 7th grade
> Math Intervention Teacher—6th, 7th and 8th grade

NATIONAL INDIVIDUAL STATUS CODES
STANDARD HOURLY BILLING RATES
As of January 1, 2007

| Status | Number of Offices | RATE | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Equity Partner/Shareholder | 580 | 7,021 | 318 | 250 | 305 | 375 | 450 |
| Non-Equity Partner | 388 | 2,279 | 313 | 235 | 300 | 380 | 450 |
| Associate Lawyer | 557 | 6,836 | 214 | 165 | 200 | 250 | 300 |
| Staff Lawyer | 114 | 331 | 236 | 180 | 225 | 280 | 350 |
| Of Counsel | 266 | 891 | 304 | 235 | 285 | 370 | 435 |

EXHIBIT C

## <u>CERTIFICATE OF SERVICE</u>

I, Timothy C. MacDonnell, do hereby certify that I served the foregoing, Respondent's Application for Attorney's Fees and Costs upon the following by electronic mail or U.S. mail, postage prepaid, this the 19th day of December 2014:

*Electronic Service*:      Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell Jr., U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

Barry Joyner, Esquire
joyner.barry@dol.gov
Gary Stearman, Esquire
stearman.gary@dol.gov

Kathy L. Snyder, Esquire
ksnyder@jacksonkelly.com
Jeffrey R. Soukup, Esquire
jrsoukup@jacksonkelly.com

*By U.S. Mail*:      Barbara Dempsey
P.O. Box 32
49 Frazier Alley
Tioga, WV 26691

/s/ Timothy C. MacDonnell
_____
Timothy C. MacDonnell, Esquire
Counsel for Respondent