FILED: January 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1401
(13-0117-BLA)
(2002-BLA-5357)
_____

SEWELL COAL COMPANY,

      Petitioner,

  v.

BARBARA M. DEMPSEY; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

      Respondents.

_____

O R D E R
_____

Upon consideration of respondent's unopposed application for attorneys' fees and costs, the court grants the application and awards respondent $17,368.86 for attorneys' fees and costs.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk